AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:18-MJ-2076 | Date and time warrant executed: 8/10/18 approx. 10:00am | Copy of warrant and inventory left with: Charlets Hamm |

Inventory made in the presence of:
Jordan Lovelace

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

iphone  serial # F17NVUTMG5MV
iphone  serial # FNMV33VSHG00 with Evutec cover
iphone  serial # DNPW62YVHXR5
iphone  serial # FFQV1R3JHXR5
Silver Mac Desktop

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 8/23/18

Executing officer's signature

Tristany Wagner  US Postal Inspector
Printed name and title